## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| U.S. ALUMINUM EXTRUDERS COALITION, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>     Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>     Defendant,<br><br>    and<br><br>KINGTOM ALUMINIO S.R.L.,<br><br>     Defendant-Intervenor. | **Court No. 23-00270** |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Claire R. Kelly, is hereby reassigned to the Honorable Lisa W. Wang.

Dated at New York, New York, this 27th day of March, 2024

                 /s/ Mark A. Barnett
                 Mark A. Barnett
                 Chief Judge